NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**WONDERLAND SWITZERLAND AG,**

*Plaintiff-Appellant*

v.

**EVENFLO COMPANY, INC.,**

*Defendant-Appellee*

———————————

2023-1947

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01990-RGA, Judge Richard G. Andrews.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    WONDERLAND SWITZERLAND AG v. EVENFLO COMPANY, INC.

(2)  Each side shall bear their own costs.


FOR THE COURT


July 16, 2025
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** July 16, 2025